**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| | ) | |
| vs. | ) | Case No. 1:18-cv-03885 |
| | ) | |
| | ) | Hon. Robert W. Gettleman |
| LHO CHICAGO RIVER LESSEE, LLC | ) | |
| dba HOTEL CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Defendant, LHO Chicago River Lessee, LLC dba Hotel Chicago, hereby gives Notice that the Parties have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The Parties respectfully request that all deadlines and scheduled appearances before the Court be stricken in order to allow the Parties time to finalize the settlement documents and to file the proper pleadings to close out this matter.

Respectfully submitted,

LHO CHICAGO RIVER LESSEE, LLC dba
HOTEL CHICAGO

By: s/ Kevin A. Fritz
Kevin A. Fritz, Esq.
SEYFARTH SHAW LLP
233 S. Wacker St., Suite 8000
Chicago, Illinois 60606
kfritz@seyfarth.com
(312) 460-5000

48597923v.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 24, 2018, he caused the foregoing **NOTICE OF SETTLEMENT** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the following counsel of record via electronic mail/notice of filing:

> Robert M. Kaplan, Esq.
> Law Offices of Robert M. Kaplan, P.C.
> 1535 W. Schaumburg Road, Suite 204
> Schaumburg, IL 60194
> marshall@mjburtlaw.com
> (847) 895-9151

s/ Kevin A. Fritz