IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Case No.: 18 CV 3885 |
| | ) | |
| LHO HOTEL CHICAGO RIVER LESSEE, LLC | ) | |
| d/b/a HOTEL CHICAGO | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED:

All claims that were or could have been raised in this action are hereby DISMISSED WITH PREJUDICE. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in the Agreement.

DONE AND ORDERED IN Chambers this   22nd   day of   October  , 2018.

_____
THE HONORABLE ROBERT W. GETTLEMAN
UNITED STATES DISTRICT COURT JUDGE